JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SALAZAR, et al. ) <br> ) <br> **Plaintiff(s),** ) <br> v. ) <br> ) <br> ) <br> DB HOME LENDING, LLC, et al. ) <br> ) <br> **Defendant(s).** ) <br> ) <br> ) <br> _____ ) <br> ) | CASE NO. SA CV 11-0967-DOC(ANx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on December 8, 2011, which was returnable by December 14, 2011. To date there has been no response to the Order to Show Cause and/or Proofs of Service of Summons and Complaint.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: December 15, 2011

_____
DAVID O. CARTER
United States District Judge